*Thursday, September 10, 1992*

## MERIT DOCKET

**92–1800.** State ex rel. Papp v. Norton. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said writ be, and the same is hereby, denied, effective September 9, 1992.

## MOTION DOCKET

**91–691.** State v. Kennedy. *Carroll County*, No. 573. This cause came on for further consideration upon appellee's application for stay. Upon consideration thereof,

IT IS ORDERED by the court that said application for stay be, and the same is hereby, denied, effective September 8, 1992.

**91–692.** State v. Kennedy. *Carroll County*, No. 572. This cause came on for further consideration upon appellee's application for stay. Upon consideration thereof,

IT IS ORDERED by the court that said application for stay be, and the same is hereby, denied, effective September 8, 1992.

*Thursday, September 17, 1992*

## MOTION DOCKET

**86–642.** State v. Beuke. *Hamilton County*, No. C–830829. On motion to set execution date. Motion granted.

WRIGHT and H. BROWN, JJ., dissent.

**87–243.** State v. Poindexter. *Hamilton County*, No. C–850394. On motion to set execution date. Motion granted.

WRIGHT and H. BROWN, JJ., dissent.

**91–2032.** State v. Beuke. *Hamilton County*, No. C–900718. On motion to set execution date. Motion granted.

WRIGHT and H. BROWN, JJ., dissent.

**92–1245.** State v. Richard. *Cuyahoga County*, No. 54228. On motion to set bail. Motion denied.

**92–1248.** State v. Richard. *Cuyahoga County*, No. 54227. On motion to set bail. Motion denied.

**92–1249.** State v. Richard. *Cuyahoga County*, No. 54040. On motion to set bail. Motion denied.

**92–1274.** State v. Spinks. *Cuyahoga County*, No. 60185. On motion for stay. Fourteen days granted to file memorandum in support.